United States District Court
for the District of New Jersey

_____
                                              :

**USA**                                              :

                                              :      Crim. No. 10-535

        Plaintiff                  :

        vs.                            :      Order of Reassignment

**THOMAS MORAN**                   :

                                              :

        Defendant               :
_____

It is on this 11th day of September 2012,

O R D E R E D that the entitled action is reassigned

from Judge William J. Martini to Judge Dennis M. Cavanaugh.


                                                           S/Jerome B. Simandle
                                            Jerome B. Simandle, Chief Judge
                                            United States District Court